IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Number: |
| | ) | |
| v. | ) | 18 U.S.C. § 208 |
| | ) | |
| JIMMY W. MAYBERRY, | ) | |
| | ) | |
| Defendant | ) | |

INFORMATION

The United States of America informs the Court that:

COUNT ONE
Conflict of Interest
18 U.S.C. § 208

From in or about November 2007 and continuing until in or about January 2008, in the District of the District of Columbia and elsewhere, the defendant, JIMMY W. MAYBERRY, being an officer and employee of the executive branch of the United States, that is Special Assistant to the Associate Director of Minerals Revenue Management, Minerals Management Service, U.S. Department of the Interior, knowingly and willfully participated personally and substantially in a particular matter in which, to his knowledge, he had a financial interest.

All in violation of Title 18, United States Code, Sections 208 and 216 (a)(2).

Dated June 25, 2008

Respectfully Submitted,

WILLIAM M. WELCH II
Chief, Public Integrity Section

By: *Daniel A. Schwager* (signature)

DANIEL A. SCHWAGER
PETER M. KOSKI
Trial Attorneys
U.S. Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW
Washington, D.C. 20005
(202) 514-1412
Daniel.Schwager@usdoj.gov
Peter.Koski@usdoj.gov