# United States District Court

__For The__ DISTRICT OF __Columbia__

**FILED**

JUL 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Jimmy W. Mayberry

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-180

I, __Jimmy W. Mayberry__, the above named defendant, who is accused of __Conflict of Interest (in violation of 18 U.S.C. 208)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 30, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer