CO-526
(12/86)

**FILED**

JUL 3 0 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   )
                           )
                           )
          vs.              )   Criminal No. 08-180
                           )
   Jimmy W. Mayberry       )
                           )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge